*Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. GUSTAV LOEWEUS, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. MICHAEL H. SOLOMON, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. LOUIS AGATSON, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. HAROLD A. HAYWARD, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

CLARA SCHACHTER HAMMERLING, Respondent, Appellant, v. LOUIS NICHOLAS HAMMERLING, Appellant, Respondent.— Order modified by increasing counsel fee to the sum of $500, and as so modified affirmed, without costs to either party. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX WULFSOHN and Others, Doing Business under the Firm Name and Style of M. WULFSOHN & Co., Respondents, v. RUSSIAN SOCIALIST FEDERATED SOVIET OF RUSSIA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the complaint and affidavits do not state a cause of action against defendant. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX WULFSOHN and Others, Doing Business under the Firm Name and Style of M. WULFSOHN & Co., Appellants, v. RUSSIAN SOCIALIST FEDERATED SOVIET OF RUSSIA, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant.— Order reversed, without costs, and order to discontinue modified, on consent of counsel in open court, to read as provided in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY MATAUSAK, as Administratrix, etc., of JOSEPH MATAUSAK, Deceased, Appellant, v. ANDREW GREIS, Respondent.— Order modified by granting motion to change venue on condition that defendant stipulate as provided in order; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY MATAUSAK, as Administratrix, etc., of JOSEPH MATAUSAK, Deceased, Appellant, v. ANDREW GREIS, Respondent.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM A. JEPSON, Appellant, v. DEXTER & CARPENTER, INC., Respondent.— Without passing upon the sufficiency of the proposed amended complaint as setting forth a cause of action in equity, the order is reversed and the motion granted upon payment of taxable costs of the action to date to be taxed and ten dollars costs of motion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MILTON A. BERNHEIM, Respondent, v. JETTCHEN JACOB and Others, Defendants. MORRIS SANDBERG, Appellant; FRANK A. RAPPOLT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS A. SABLE, Appellant, v. LOUIS A. VAN DYK, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; bill of particulars to be served within five days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS A. SABLE, Respondent, v. LOUIS A. VAN DYK, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

W. & J. SLOANE, Appellant, v. MARY H. HILL, Respondent.— Order modified by directing that the order for the examination be modified by providing that the examination shall be before the referee appointed herein; and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE C. DAGHER, Respondent, v. PAN-AMERICAN TRADING COMPANY, INC., Appellant.— Order reversed and the motion granted upon payment of taxable costs to date and ten dollars costs of motion, and the cause placed at the head of the calendar for trial on the first Monday of March, 1922. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CARL H. PAGE and Another, Respondents, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Page, J., dissenting on the authority of Custen v. Robison (180 App. Div. 384, 387).

LEITNER, BRENER & STARR, INC., and Another, Respondents, v. ABRAHAM LEIPZIG, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. VALENTINE SCHAEFER, Doing Business under the Firm Name of SOMMERVILLE ELEVATOR COMPANY, Respondent, Impleaded with Others. EARLINGTON REALTY CORPORATION, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion granted except as stated in order; the bill of particulars to be served within five days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. EARLINGTON